UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA          :
                                  :
v.                                :     CASE No. 8:24-cr-276-VMC-UAM
                                  :
MIGUEL ANGEL FORTIER, JR.         :

ORDER

THIS CAUSE came on for consideration upon the appointment of counsel for the defendant. The defendant's financial affidavit shows that he is indigent. Attorney Nicholas Matassini provided services on this matter pending resolution of a possible conflict with the Federal Defender's Office. Under this unique circumstance, it is appropriate for Matassini to be appointed as CJA counsel for this case.

It is, accordingly, upon consideration,

ORDERED:

That Attorney **Nicholas Matassini** is hereby appointed to represent the defendant in this case pursuant to the Criminal Justice Act, 18 U.S.C. 3599.

DONE and ORDERED at Tampa, Florida, this 30th day of July, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE