**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:24-cr-276-VMC-UAM | | **DATE:** August 15, 2024 | |
|---|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Brock David Fischer and Miguel Angel Fortier, Jr.** | | **GOVERNMENT COUNSEL**<br>Maria Guzman<br><br>**DEFENDANT COUNSEL**<br>Nicholas Gianni Matassini | |
| **COURT REPORTER:** Bill Jones | | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 10:28 AM-10:29AM<br>**TOTAL:** 1 min | | **COURTROOM:** | 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| Estimated Length of Trial: | 3-4 days |
| Speedy Trial Waived Through: | November 30, 2024 |
| Trial Term: | November 2024 |
| Next Status Conference: | October 17, 2024 at 9:30 AM |