To Honorable Judge Virginia Hernandez Covington,

My name is Julio Vargas and I am the proud stepparent of Miguel Fortier. I have had the honor of knowing Miguel for seven years, and throughout that time, I have come to know him as a thoughtful and respectful young man.

Miguel is a person who consistently demonstrates kindness, responsibility, and integrity. He treats others with the same respect and compassion he's treated myself with over the years. I have watched him handle both successes and challenges with maturity and a willingness to learn and grow.

He is deeply committed to his family. Miguel shows a strong sense of responsibility and a genuine desire to do the right thing.

I wholeheartedly believe in Miguel's character and his potential to achieve great things. He is a young man with a good heart and a bright future ahead of him. I am proud to stand by him and offer my full support.

Thank you for taking the time to read this letter. With respect to the court I also ask for leniency with sentencing and financially obligation as much as realistically possible.

Sincerely,

Julio Vargas

2049 S 32nd St, Milwaukee WI 53215

414-391-5196

julio.vargas.0924@gmail.com