Dear Honorable Judge Virginia Hernandez Covington,

My name is Kimberly Talavera, I am the parent of Miguel Fortier. I am writing this letter on his behalf to offer a personal character reference for his upcoming court sentencing.

As his mother, I have known Miguel his entire life and can speak to his true character. Miguel is a kind-hearted and respectful young man. He is the kind of person who went to chemotherapy appointments with his grandmother over spending time on his self, guides his younger sister with her eduction and personal struggles, drives myself and his step father to medical appointments, helps us financially whenever possible and does not use drugs or alcohol. He has been raised with strong values, including honesty, responsibility, and empathy for others. Miguel was raised in a single family household with limited income which may have affected a few of his poor choices in life.

While he now faces a difficult situation, I firmly believe that this does not reflect the person he truly is. Miguel has expressed deep remorse and understands the seriousness of the circumstances. He is committed to learning from this experience and making better choices moving forward.

Thank you for considering this letter. I respectfully ask for your leniency and understanding. Serving confinement and paying a large restitution would be devastating to not only his future but also our family. We love Miguel very much, more than the words I express in this letter.

Sincerely,

Kimberly Talavera

2049 S 32nd St, Milwaukee WI 53215

414-238-3013

kimberlyjtalavera1@gmail.com