**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:24-cr-276-VMC-LSG | DATE: April 29, 2025 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| | **GOVERNMENT COUNSEL** Carlton Curtiss Gammons | |
| **UNITED STATES OF AMERICA** v. Miguel Angel Fortier, Jr. | Nicholas Gianni Matassini, CJA | |
| **COURT REPORTER:** Lori Cecil Vollmer | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 10:00 AM- 10:47 AM  **TOTAL:** 47 mins | **COURTROOM:** | 14B |
| | **PROBATION:** | Johanna Perez |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Statements made by counsel.

Defendant is adjudged guilty on Count One of the Indictment.

Defendant's Oral Motion for downward variance is denied for the reasons stated on the record.

Imprisonment: **TWENTY-ONE (21) MONTHS**.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be housed at the nearest Bureau of Prison's medical facility where his medical needs can be accommodated.
- Defendant be evaluated for participation in any educational and vocational programs deemed appropriate by the Bureau of Prisons.
- Defendant be allowed to study for and obtain his GED.
- Defendant be allowed to participate in college level instructional courses once he completes his GED.
- Defendant be allowed to participate in the UNICOR program, if eligible.

Supervised Release: **THREE (3) YEARS**.

Fine is waived.

Restitution: $1,462,471.92 *(See Criminal Monetary Penalties section of the Judgment for details)* joint and several with Restitution shall be paid jointly and severally with codefendant Brock David Fischer, and related cases Matthew Bergwall (Docket No.: 8:23-cr-388-TPB-CPT) and Owen Sheed (8:25-cr-88-SDM-NHA).

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

- The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.
- The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases, **or attempting to do so**, without the ***express prior approval*** of the probation officer.
- The defendant shall provide the probation officer access to any requested financial information.
- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

Sealed Motion at Doc. 79-1 is granted for the reasons stated on the record.

Notice of forfeiture at Doc. 68 is made part of the judgment.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 18 |
| Criminal History Category: | I |
| Imprisonment Range | 27-33 months |
| Supervised Release Range | 1-3 years |
| Restitution: | $1,462,471.92 |
| Fine Range | $10,000 - $100,000 |
| Special Assessment | $100.00 |

Adjustments/changes to the PSR:  Defendant's objection for minor role is sustained and the objection to sophisticated means is overruled for the reasons stated on the record.

Case 8:24-cr-00276-VMC-LSG     Document 85     Filed 04/29/25     Page 3 of 3 PageID 306